## Commonwealth *v.* Flythe, Appellant.

Before MARSHALL, J., without a jury.

Submitted September 17, 1974. *Stephen R. Wojdak,* and *Wojdak & McAuliffe,* for appellant; *Mark Sendrow* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Forrest, Appellant.

Before RIBNER, J., without a jury.

Submitted September 11, 1974. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Rosalyn K. Robinson, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.